No. 03–6811. ESPINAL *v.* CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6812. CASEY *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 03–6816. DI NARDO *v.* CIRCUIT COURT OF FLORIDA, PALM BEACH COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6823. PARR *v.* BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6825. BOCANEGRA *v.* MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6826. SALAZAR *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6830. FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6838. DIAZ *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6842. EVANS *v.* FRANKLIN COUNTY COURT OF COMMON PLEAS OF OHIO, DIVISION OF DOMESTIC RELATIONS. C. A. 6th Cir. Certiorari denied.

No. 03–6848. TUPPER *v.* TUPPER. Ct. App. Ariz. Certiorari denied.

No. 03–6849. PORTER *v.* WELSH ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–6857. BELLE *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 03–6864. PINEDA *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 03–6882. COWART *v.* INDIANA. Ct. App. Ind. Certiorari denied.